Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

Suite 300B
660 North Central Expressway
Plano, TX 75074

---

Bankruptcy Proceeding No.: 22–41839
Chapter: 13
Judge: Brenda T. Rhoades

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brenda K. Preston
   951 Van Zandt St.
   Paris, TX 75460

Social Security / Individual Taxpayer ID No.:
   xxx–xx–2305

Employer Tax ID / Other nos.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Telephonic hearing to be held:

on 3/22/23 at 10:00 AM

to consider and act upon the following:

Chapter 13 Trustee's Motion to Dismiss Case and Setting Hearing Filed by Carey D. Ebert Hearing scheduled for 3/22/2023 at 10:00 AM at TELEPHONIC HEARING LOCATION. (Attachments: # 1 Proposed Order)(Ebert, Carey)

Dated: 2/16/23

                                        Jason K. McDonald
                                        Clerk, U.S. Bankruptcy Court