OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
CAREY D. EBERT
500 NORTH CENTRAL EXPRESSWAY, SUITE 350, PLANO, TEXAS 75074
(972) 943-2580

May 03, 2023

DIANE S BARRON                                    via ECF
BARRON & BARRON
660 NORTH CENTRAL EXPRESSWAY
SUITE 101
PLANO, TX  75074

    Re:   BRENDA K. PRESTON
           Case No. 22-41839-R

**NOTICE:** **YOU ARE RESPONSIBLE FOR PREPARING AND SERVING A NOTICE TO ALL CREDITORS OF THE RESCHEDULED CONFIRMATION HEARING AND THE OBJECTION DEADLINE AND FILING A CERTIFICATE OF SERVICE WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND OFFICE OF THE STANDING CHAPTER 13 TRUSTEE.  ALL CREDITORS ARE ENTITLED TO A MINIMUM OF 28 DAYS NOTICE OF THE CONFIRMATION HEARING AND THE OBJECTION DEADLINE.**

The Confirmation Hearing on the Chapter 13 Plan filed on April 25, 2023, in the above matter has been rescheduled for June 14, 2023 at 9:30 am.  The hearing will be held telephonically:

    TELEPHONIC HEARING INFORMATION CAN BE FOUND ON THE HEARINGS TAB
      OF THE TRUSTEES WEBSITE LOCATED AT WWW.PLANOCH13.COM

Objections to confirmation and/or values of collateral must be filed in writing with the Court not later than seven (7) days prior to the confirmation hearing.  Therefore, your notice of the objection deadline must be served at least thirty-five (35) days prior to the confirmation hearing date.

                              Sincerely,

                              /s/ Carey D. Ebert
                              Standing Chapter 13 Trustee

cc:   United States Bankruptcy Court via ECF