Form 13cnfhrgpmnew

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

| | | |
|---|---|---|
| In Re: | Brenda K. Preston<br>Debtor | Bankruptcy Proceeding No.: 22–41839<br>Chapter: 13<br>Judge: Brenda T. Rhoades |

PLEASE TAKE NOTICE that the CONFIRMATION Hearing has been rescheduled at:

Telephonic hearing to be held:

on 6/28/23 at 09:30 AM

Dated: 6/15/23
to consider and act upon the following:

NOTICE OF CORRECTED DIAL IN INFORMATION – PARTIES ARE INSTRUCTED TO DIAL 972–601–0797 AND ENTER CONFERENCE ID 140 452 841# Confirmation hearing to be held on 6/28/2023 at 09:30 AM at TELEPHONIC HEARING LOCATION. (kc)

                                                                       Jason K. McDonald
                                                                       Clerk, U.S. Bankruptcy Court