UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
DIVISION

| IN RE: | CASE NO: 2241839 |
|---|---|
| BRENDA K. PRESTON | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 8/17/2023, I did cause a copy of the following documents, described below,

Trustee Reconciliation Concerning Claims

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/17/2023

/s/ H. JEFFERSON LEFORCE
H. JEFFERSON LEFORCE  00791094

500 NORTH CENTRAL EXPRESSWAY
PLANO, TX  75041
972 943 2580
cos@ch13plano.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
DIVISION

| IN RE: | CASE NO: 2241839 |
|---|---|
| BRENDA K. PRESTON | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 8/17/2023, a copy of the following documents, described below,

Trustee Reconciliation Concerning Claims

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/17/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
H. JEFFERSON LEFORCE

500 NORTH CENTRAL EXPRESSWAY
PLANO, TX  75041

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ABERNATHY ROEDER BOYD AND HULLETT P.C.<br>1700 N. REDBUD BLVD. #300<br>MCKINNEY, TX 75069 | ACS PRIMARY CARE PHYSICIANS SW PA<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | ALLIANT CAPITAL MANAGEMENT - HDH<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 |
| BRENDA K. PRESTON<br>951 VAN ZANDT STREET<br>PARIS, TX 75460 | CAMPBELL SOUP COMPANY<br>500 LOOP 286 N.W.<br>PARIS, TX 75460 | CASH AMERICA<br>17 TRIANGLE PARK<br>CINCINNATI, OH 45246 |
| CASH AMERICA<br>1131 E. LEDBEFTER<br>DALLAS, TX 75216 | DON BIARD<br>38 1ST NW<br>PARIS, TX 75460-4103 | LAMAR TAX ENTITIES<br>521 BONHAM STREET<br>PARIS, TX 75460 |
| LIBERTY NATIONAL BANK<br>P. O. BOX 919<br>PARIS, TX 75461 | LIBERTY NATIONAL BANK<br>305 LAMAR AVE<br>PARIS, TX 75460 | LIBERTY NATIONAL BANK<br>C/O DON BIARD<br>38 1ST NW<br>PARIS, TX 75460-4103 |
| LINEBARGAR GOGGAN BLAIR & SAMPSON LLP<br>2777 N STEMMONS FREEWAY SUITE 1000<br>DALLAS, TX 75207 | ONE MAIN FINANCIAL<br>P. O. BOX 183172<br>COLUMBUS, OH 43218 | ONE MAIN FINANCIAL<br>PO BOX 140069<br>IRVING, TX 75014 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA 23541-2914 | SCOLOPAX LLC<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | WESTERN FINANCE<br>801 S ABE ST. STE 2A<br>SAN ANGELO, TX 76903-6771 |
| WESTERN FINANCE<br>1104 N. 16TH<br>SUITE C<br>ORANGE, TX 77630 | | |